POTTER HANDY
Isabel Rose Masanque, Esq., SBN 292676
James M. Treglio, Esq., SBN 228077
Naomi Butler, Esq., SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191
naomib@potterhandy.com

Attorneys for Plaintiff

**BALLARD SPAHR LLP**
Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
Brianna R. Howard (SBN 314642)
howardbr@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone:  424.204.4400
Facsimile: 424.204.4350

Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris McPhee,** | Case No.: 4:26-cv-01894-AMO |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL** |
| **The Reinalt-Thomas Corporation,** a Arizona Corporation; and Does 1-100, inclusive | **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that all of Plaintiff's claims in the above-referenced action shall be dismissed with prejudice, with each party to bear his/her/its own attorneys' fees and costs, and any putative class claims dismissed with prejudice.

Joint Stipulation                                                                                    Case No. 4:26-cv-01894-AMO

IT IS SO STIPULATED.

Dated: July 2, 2026                    POTTER HANDY

                                       By: */s/ Naomi Butler*
                                       Naomi Butler, Esq.
                                       Attorney for Plaintiff


Dated: July 2, 2026                    BALLARD SPAHR LLP

                                       By:*/s/ Brianna R. Howard*
                                       Brianna R. Howard, Esq.
                                       Attorney for Defendant


### **SIGNATURE ATTESTATION**


I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.


Dated: July 2, 2026              POTTER HANDY

                                       By: */s/ Naomi Butler*
                                       Naomi Butler, Esq.
                                       Attorney for Plaintiff